UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

ORDER GRANTING PETITIONS FOR NAME CHANGE

Pursuant to the Immigration and Nationality Act of 1952, as amended by the Immigration Act of 1990, the below listed applicants for naturalization have petitioned to change their names by decree of this court in conjunction with the administration of the Oath of Allegiance.

Petitions for name changes filed by the below listed applicants for naturalization are hereby granted:

|    | Name of Petitioner | | | Name Changed to | | |
|----|-------|-------|-------|-------|-------|-------|
|    | First | Middle | Last | First | Middle | Last |
| 1  | OLEKSANDR | OLEKSANDROVICH | BYELOV | ALEKSANDR |  | BELOV |
| 2  | CARMEN | MAYELA | RAMIREZ | CARMEN | MAYELA | ALCAZAR |
| 3  | TUONG VI | TRAN | NGUYEN | EMILY |  | NGUYEN |
| 4  | WAFAA | RASHAD BEKHIT | ABDALLA | WAFAA | RASHAD | MORKOS |
| 5  | ZOLIAN |  | KIM | ZOLIAN | KIM | ZOONG LWE |
| 6  | FILIP |  | ALA EDDIN | PHILIP | ALAN | ALDEAN |
| 7  | KEOVIENGSAVANH | NOU | INTHILATVONGSY | LILY | NOU | NORASITH |
| 8  | SYAMALADEVI |  | BATHINENI | SYAMALADEVI |  | KATA |
| 9  | LEZA | ARSHAM KIWARK | STEPHANIAN | LISA | ARSHAM | STEPANIAN |
| 10 | SONIA | DE LA CARIDAD | DE LA ROSA | SONIA | CARIDAD | DE LA ROSA |
| 11 | YOO NA |  | KIM | CHRISTINA | YOONA | BAKER |
| 12 | WAEL | WADIE ISHAK | ABDEL SHAHID | WAEL | WADIE | ESHAAK |
| 13 | SVETLANA | ALEKSEEVNA | KORNEEVA BUTLER | SVETLANA | KORNEEVA | BUTLER |
| 14 | NADEZHDA | ALEKSANDROVNA | ORLIK | NADIA |  | FOKSHA |
| 15 | ROSENA | MOKAMAD | DE GUZMAN | ROSENA | DE GUZMAN | WARNICK |
| 16 | INPONG | OUT | SIHARATH | PIERRE | INPONG | SIHARATH |
| 17 | GEORGINA | DE JESUS | RENDON | GEORGINA |  | RENDON |
| 18 | SHIVA |  | KOTCHERLAKOTA | SHIVA | SHANE | LAKOTA |
| 19 | ANJALIKUMARI | SATISHCHANDRA | PATEL | ANJALI | SATISHCHANDRA | PATEL |
| 20 | VRUSHALIBEN | NIKHILKUMAR | PATEL | VRUSHALI | NIKHIL | PATEL |

| | Name of Petitioner | | | Name Changed to | | |
|---|---|---|---|---|---|---|
| | First | Middle | Last | First | Middle | Last |
| 21 | BHARGAVKUMAR | SURESHBHAI | PATEL | BHARGAV | SURESHBHAI | PATEL |
| 22 | EVERINE | | MADOLA | EVELYN | THANDIE | MADOLA |
| 23 | SHIH WEN | | LEE | SHIH WEN | SUNNY | LEE |
| 24 | BUKYUNG | | KIM | DEBORAH | BUKYUNG | BRIGHT |
| 25 | ARCHANA | PRASHANT | WADHIVKAR | ARCHANA | VERNEKAR | WADHIVKAR |
| 26 | ZOMAWI | | KIM | ZOMAWI | KIM | ZOONG LWE |
| 27 | ZOLIAN | | SANG | ZOLIAN | SANG | ZOONG LWE |
| 28 | ALEKSEY | VASILYEVICH | LOGAY | ALEKSEY | | LOGUY |

ORDERED the 9th day of May 2014 at Greenville, South Carolina.

Kevin F. McDonald
United States Magistrate Judge